## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.: 17-22861-BKC-RBR**
PROCEEDING UNDER CHAPTER 13

IN RE:

RODNERT JEAN BAPTISTE
XXX-XX-7939

DEBTOR_____/

### TRUSTEE'S MOTION FOR TURNOVER OF OVERPAYMENT TO CREDITOR AND IMPOSITION OF SANCTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

   Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing.
   The Trustee respectfully moves this Court for an Order for Turnover of Overpayment to THE COURTS OF INVERRARY CONDO ASSOC (Court Claim #8) ("Creditor"), and Imposition of Sanctions and states as follows:

1. The Debtor filed a voluntary petition on **October 25, 2017**.

2. A payment in the amount of **$778.14** was inadvertently disbursed to Creditor pursuant to the Confirmed Chapter 13 plan.

3. The overpayment was revealed during a routine internal audit.

4. Immediately upon knowledge of the overpayment, the Trustee requested, by letter, Creditor return the overpayment to the Trustee.

5. To date, Creditor has failed to respond to and comply with the Trustee's request for return of the overpayment.

6. Creditor is not entitled to the overpayment pursuant to the confirmed plan.

7. Creditor would enjoy a windfall if not required to turnover the overpayment to the Trustee.

8. Sanctions should be imposed against Creditor for Creditor's willful failure to comply with the Trustee's request, in violation of the mandatory turnover provision of 11 U.S.C. Section 542(a).

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order for Turnover of the Overpayment by a date certain, for Imposition of Sanctions against Creditor, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 1st day of January, 1900.

          */s/ Robin R. Weiner*
          ROBIN R. WEINER, ESQUIRE
          STANDING CHAPTER 13 TRUSTEE
          P.O. BOX 559007
          FORT LAUDERDALE, FL 33355-9007
          TELEPHONE: 954-382-2001
          FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
RODNERT JEAN BAPTISTE
POB 26958
TAMARAC, FL  33320

**ATTORNEY FOR DEBTOR**
CHRISTIAN PAUL LARRIVIERRE, ESQUIRE
LAW OFFICE OF CHRISTIAN PAUL LARIVIERRE, P.A
4340 SHERDIAN STREET SUITE 102
HOLLYWOOD, FL  33021

**CREDITOR**
THE COURTS OF INVERRARY CONDO ASSOC
C/O ELAINE M. GATSOS, ESQUIRE
5541 N UNIVERSITY DRIVE, SUITE 102
CORAL SPRINGS, FL  33067

THE COURTS OF INVERRARY CONDOMINIUM ASSN
8010 N. UNIVERSITY DR.
TAMARAC, FL  33321